# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KRISTI L WHITE ET AL | § § | |
| v. | § § | CASE NO. 3:16-CV-00448-S |
| SOUTHWESTERN CORRECTIONAL LLC ET AL | § § § | |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** this case to mediation before:

Hon. Jeff Kaplan
JAMS
8401 N. Central Expressway
Suite 610
Dallas, Texas 75225
(214) 891-4523
jstephenson@jamsadr.com

Mediation shall be in person and completed by **November 9, 2018.**

The Mediator shall be responsible for communicating with counsel to coordinate a date for the mediation. Upon completion of the mediation, the Mediator shall submit a report to the Court within five days.

**SO ORDERED.**

SIGNED July 24, 2018.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE